FILED
CLERK, U.S. DISTRICT COURT

11/23/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CW _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL ARNOLDO ANDRADE, )   No. CV 14-8780 MWF (FFM)
                        )
            Petitioner, )   ORDER ACCEPTING FINDINGS,
                        )   CONCLUSIONS AND
     v.                 )   RECOMMENDATIONS OF
                        )   UNITED STATES MAGISTRATE JUDGE
NEIL MCDOWELL,          )
                        )
            Respondent. )
_____ )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition on the merits with prejudice.

DATED: November 23, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge