JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/23/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ARNOLDO ANDRADE, | No. CV 14-8780 MWF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| NEIL MCDOWELL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 23, 2015

MICHAEL W. FITZGERALD
United States District Judge